IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALEX ADAMS, #1181239, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:20-cv-11-JDK-KNM |
| ASHLEE CANTWELL, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **6th** day of **September, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE